United States Bankruptcy Court
Central District of California

Lara,
    Plaintiff

Adv. Proc. No. 18-01069-VK

Lara,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: kogierC        Page 1 of 1        Date Rcvd: Jun 07, 2018
                      Form ID: pdf031      Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla        Benjamin C Lara
dft        Diane E Lara
dft        Greaterla Escrow, Inc.
dft        Jaime R Lara
dft        Jaime Romero Lara and Diane Elise Lara, Joint Livi
                                                                  TOTALS: 5, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
            Diane  C Weil (TR)    DCWTrustee@dgdk.com,   dweil@dgdk.com,dweil@ecf.epiqsystems.com,
             danninggill@gmail.com
            United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                          TOTAL: 2

**FILED**
JUN - 7 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**ENTERED**
JUN - 7 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Jaime R. Lara,<br><br>Debtor(s).<br><br>———————————————<br><br>Benjamin C. Lara,<br><br>Plaintiff(s).<br>vs.<br><br>Jaime R. Lara, Diane E. Lara, Greaterla Escrow, Inc. , Jaime Romero Lara and Diane Elise Lara, Joint Living Trust<br><br>Defendant(s). | Case No.: 18-bk-10762-VK<br><br>Adv. No.: 18-ap-01069-VK<br><br>Chapter 13<br><br>**ORDER TO SHOW CAUSE RE: REMAND AND NOTICE OF SETTING STATUS CONFERENCE (REMOVED PROCEEDING)**<br><br>Date:       July 18, 2018<br>Time:      1:30 pm<br>Courtroom: Courtroom 301<br>                 21041 Burbank Blvd.<br>                 Woodland Hills, CA 91367 |

A Notice of Removal was filed with this Court on 6/7/2018. Pursuant to Local Bankruptcy Rule 9027-1(b)(2), notice is hereby given that a status conference will be held on the date and time shown above. COUNSEL AND ANY PARTY WHO DOES NOT HAVE COUNSEL ARE ORDERED to appear to discuss the status of the proceeding and to show cause why the Court should not remand the adversary proceeding pursuant to 28 U.S.C. § 1452(b). With respect to the status conference, the parties must comply with Local Bankruptcy Rule 7016-1(a).

Any party who wants the Court to remand the adversary proceeding must file and serve its supporting memorandum of points and authorities not later than 28 days after the date of filing of the notice of removal. Any party opposing remand must file and serve its supporting memorandum of points and authorities at least 14 days before the status conference. Local Bankruptcy Rule 9013-1(g) will govern the deadline to file and serve a reply. Failure to file and serve a memorandum of points and authorities timely may be deemed to constitute consent to the Court's determination of these issues.

In accordance with Local Bankruptcy Rule 9027-1(b)(3), the party(ies) who filed the notice of removal must serve a copy of this Order to Show Cause re Remand and Notice of Status Conference on all other parties to the removed action, on any trustee appointed in the bankruptcy case, and on the United States Trustee. Service must be competed no later than 14 days after the date this Order to Show Cause re Remand and Notice of Status Conference was issued and filed.

**FAILURE OF COUNSEL AND ANY PARTY WHO DOES NOT HAVE COUNSEL TO APPEAR AT THE STATUS CONFERENCE AND/OR TO COMPLY WITH LOCAL BANKRUPTCY RULES 7016-1 AND 9027-1 MAY RESULT IN THE COURT TAKING ADVERSE ACTION INCLUDING, BUT NOT LIMITED TO, REMANDING THE ADVERSARY PROCEEDING, DISMISSING THE ADVERSARY PROCEEDING OR ENTERING JUDGMENT AGAINST ANY NON-APPEARING PARTY.**

Dated: 06/07/18

_____
Honorable Victoria Kaufman

**CERTIFICATE OF SERVICE BY MAIL**

I certify that a true copy of this Order Setting Status Conference And Notice Thereof (Removed Proceeding) was mailed or served by notice of electronic filing ("NEF") to the parties listed below on 04/24/2018.

- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Diane C Weil (TR)    DCWTrustee@dgdk.com, dweil@dgdk.com,dweil@ecf.epiqsystems.com,danninggill@gmail.com

BY U.S. MAIL:

N/A

Dated: 06/07/18                                    _____
                                                                Deputy Clerk